

```
1  David D. Deason (SBN 207733)
   Matthew F. Archbold (SBN 210369)
2  DEASON & ARCHBOLD
   3300 Irvine Avenue, Suite 245
3  Newport Beach, CA 92660
   Telephone: (949) 794-9560
4  Facsimile:  (949) 794-9517

5  Attorneys for Plaintiff
```

SEND

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN LATRAY,<br><br>  Plaintiff,<br><br>  vs.<br><br>PATRICK CARROLL, an individual; HORSEMEN, INC., a California corporation doing business as Horsemen Investigations; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.: SACV 03-1270 AHS(ANx)<br><br>STIPULATION FOR CONTINUANCE OF SCHEDULING CONFERENCE; AND [~~PROPOSED~~] ORDER *THEREON*<br><br>*New Scheduling Conference: March 1, 2004, at 1:30pm* |

IT IS HEREBY STIPULATED between Plaintiff Shaun LaTray, as represented by David D. Deason of the law firm of Deason & Archbold, and Defendants Horsemen, Inc. and Patrick Carroll, as represented by Paul Pearlson of Cameron, Pearlson & Foster, as follows:

WHEREAS, the Scheduling Conference for this matter is currently set for January 5, 2004;

WHEREAS, the parties reached an agreement as to the basic terms of settlement at mediation on November 26, 2003;

/ / / /




1   WHEREAS, the parties expect to exchange fully executed
2 settlement agreements and resolve this matter prior to the
3 current date of the scheduling conference; and
4   WHEREAS, completion of the necessary requirements to
5 prepare for the scheduling conference would impose an
6 unnecessary expense upon the parties.
7   NOW, THEREFORE, the parties hereto stipulate as follows:
8   1.  That the Scheduling Conference set for January 5, 2004
9 be continued to March 1, 2004.
10 DATED: December 9, 2003        DEASON & ARCHBOLD

13                                 By: _____
                                        David D. Deason
14                                      Attorneys for Plaintiff

16 DATED: December __, 2003       **CAMERON, PEARLSON & FOSTER**

19                                 By: _____
                                        Paul Pearlson
20                                      Attorneys for Defendants

21                          [PROPOSED] ORDER

22   The foregoing stipulation is accepted and made the order of
23 the Court.

26 DATED: DEC 10 2003              _____
27                                 HON. ALICEMARIE H. STOTLER
                                   UNITED STATES DISTRICT COURT JUDGE

1  WHEREAS, the parties expect to exchange fully executed
2  settlement agreements and resolve this matter prior to the
3  current date of the scheduling conference; and
4  WHEREAS, completion of the necessary requirements to
5  prepare for the scheduling conference would impose an
6  unnecessary expense upon the parties.
7  NOW, THEREFORE, the parties hereto stipulate as follows:
8  1. That the Scheduling Conference set for January 5, 2004
9  be continued to March 1, 2004.

10 DATED: December___, 2003        DEASON & ARCHBOLD

13                                 By:_____
                                      David D. Deason
14                                    Attorneys for Plaintiff

16 DATED: December 9, 2003         CAMERON, PEARLSON & FOSTER

19                                 By:_____
                                      Paul Pearlson
20                                    Attorneys for Defendants

21                          [PROPOSED] ORDER

22 The foregoing stipulation is accepted and made the order of
23 the Court.

26 DATED: _____              _____
27                                HON. ALICEMARIE H. STOTLER
                                  UNITED STATES DISTRICT COURT JUDGE